**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

CHARLES COLBY HAMMON                                          PLAINTIFF

V.                              No. 1:19CV00032-KGB-JTR

MELISSA LOWRE, Sergeant, *et al.*                            DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### I. Discussion

Plaintiff Charles Colby Hammon ("Hammon") has filed this *pro se* § 1983 action alleging that Defendants violated his constitutional rights while he was confined in the Jackson County Detention Center. *Doc. 1.*

On April 25, 2019, the Court entered an Order directing Hammon to submit a prisoner account calculation sheet, on or before May 24, 2019, in support of his application to proceed *in forma pauperis*. *Doc 5*. He was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

As of the date of this Recommendation, Hammon has not complied with the Court's April 25, 2019 Order. The time to do so has expired.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.    This case be DISMISSED, WITHOUT PREJUDICE, due to a lack of prosecution.

2.    The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

DATED this 21st day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE