IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHARLES COLBY HAMMON**                                                      **PLAINTIFF**

v.                       Case No. 1:19-cv-00032-KGB/JTR

**MELISSA LOWRE, Sergeant,**
**PATRICK MOODY, BUDDY ADAMS,**
**Jailer, NICOLE CARTER, Captain,**
**and MATT WHITE, Sergeant**                                                 **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 6). Plaintiff Charles Colby Hammon has not filed any objections, and the time to file objections has passed. After carefully considering the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. The Court dismisses without prejudice Mr. Hammon's complaint (Dkt. No. 1). The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith. Judgment shall be entered accordingly.

It is so ordered this 10th day of February, 2020.

Kristine G. Baker
United States District Judge