**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CHARLES COLBY HAMMON**                                                    **PLAINTIFF**

**v.**                                    **Case No. 1:19-cv-00032-KGB/JTR**

**MELISSA LOWRE, Sergeant,**
**PATRICK MOODY, BUDDY ADAMS,**
**Jailer, NICOLE CARTER, Captain,**
**and MATT WHITE, Sergeant**                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Charles Colby Hammon's complaint is hereby dismissed without prejudice (Dkt. No. 1). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), a *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith.

It is so adjudged this 10th day of February, 2020.

_____
Kristine G. Baker
United States District Judge